**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| HUEYLI LI | : | |
|     Plaintiff | : | CASE NO. 5:21-cv-02277 |
| v. | : | JUDGE SARA LIOI |
| UNIVERSITY OF AKRON | : | |
|     Defendant | : | |

**PLAINTIFF HUEYLI LI'S ESTIMATE OF ATTORNEY FEES AND COSTS**

NOW COMES Plaintiff Hueyli Li, by and through counsel, and hereby proffers this estimate of attorney fees and costs pursuant to the Court's Order.

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation and Filing of the Complaint | $ 1,500.00 | Depositions | $ 2,400.00 |
| Procedural Motions Practice | $ 0.00 | Experts | $ 0.00 |
| Discovery | $ 30,000.00 | Witness Fees | $ 1,000.00 |
| Dispositive Motions Practice | $ 10,000.00 | Other | $ 402.00 |
| Settlement Negotiations | $ 3,000.00 | | |
| Trial | $ 25,000.00 | | |
| TOTAL FEES | $ 69,200.00 | TOTAL COSTS | $ 3,802.00 |

The above estimate is subject to change depending upon the nature of defenses and discovery pursued by Defendant.

Respectfully submitted

s/ Gary A. Reeve
Gary A. Reeve (0064872)
Trial Attorney for Plaintiff
Law Offices of Gary A. Reeve
5354 Cemetery Road
Hilliard, Ohio 43026
(614) 808-1881

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of Plaintiff's Estimate was served upon Defendant's counsel via the Court's ECF system this 2nd day of March, 2022.

s/ Gary A. Reeve
Gary A. Reeve