# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HUEYLI LI, | CASE NO. 5:21 CV-02277 |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | |
| UNIVERSITY OF AKRON, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to this Court's "Minutes of Proceedings" issued March 10, 2022, Plaintiff Hueyli Li and Defendant University of Akron ("Parties") jointly submit the following status report:

1. **Discovery:**

**The following discovery has occurred during this 45-day period:**

Plaintiff served her First Set of Interrogatories and First Set of Requests for Production of Documents on Defendant on April 15, 2022.

Defendant served its First Set of Interrogatories and First Set of Requests for Production of Documents on Defendant on April 18, 2022. Defendant served its First Set of Admissions on Plaintiff on April 22, 2022.

The Parties agreed to mutually exchange their respective written discovery answers and responses on June 17, 2022.

2. **Settlement:**

**The following settlement discussions have occurred during this 45-day period:**

No further settlement discussions have occurred during this 45-day period.

3. **Motions:**

The following motions have been filed and/or remain pending:  None.

4. **Other Developments:**

None at this time.

Respectfully submitted,

                                              DAVE YOST (0056290)
                                              Attorney General of Ohio

| | |
|---|---|
| */s/ Gary A. Reeve via email consent 6/9/22* | */s/ Sarah J. Moore* |
| Gary A. Reeve (0064872) | **George S. Crisci (#0006325)** |
| Law Offices of Gary A. Reeve | gsc@zrlaw.com |
| 5354 Cemetery Road | **Sarah J. Moore (#0065381)** |
| Hilliard, Ohio 43026 | sjm@zrlaw.com |
| greeve@reevelaw.net | **Drew C. Piersall (#0078085)** |
| (614) 808-1881 | dcp@zrlaw.com |
| | 950 Main Avenue 4th Floor |
| *Attorney for Plaintiff Hueyli Li* | Cleveland, OH  44113 |
| | Telephone: (216) 696-4441 |
| | Facsimile: (216) 696-1618 |
| | |
| | *Attorneys for Defendant The University of Akron* |

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on June 9, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              */s/ Sarah J. Moore*
                                              **Sarah J. Moore (#0065381)**