**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

HUEYLI LI,                                        )        CASE NO. 5:21-cv-2277
                                                          )
                                                          )
           PLAINTIFF,           )        JUDGE SARA LIOI
                                                          )
vs.                                                      )
                                                          )        JUDGMENT ENTRY
UNIVERSITY OF AKRON,                )
                                                          )
                                                          )
           DEFENDANT.          )

For the reasons set forth in the contemporaneously filed Memorandum Opinion, defendant's summary judgment motion (Doc. No. 27) is granted, and plaintiff's complaint (Doc. No. 1) is dismissed with prejudice. This case is closed.

        **IT IS SO ORDERED**.

Dated: June 22, 2023

                                                          
**HONORABLE SARA LIOI
UNITED STATES DISTRICT COURT
CHIEF JUDGE**